# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SHANE HABISREITINGER on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARNELL ICE CREAM COMPANY, INC.,<br><br>Defendant. | Civil Action No: 4:11-cv-563-JLH<br><br>**Jury Demand** |

## ORDER

This cause came on to be heard on the 20th day of July, 2011, upon Motion of the Plaintiff to admit J. Gerard Stranch, IV and Joe P. Leniski *pro hac vice* to participate in this case and there being no opposition, the Court finds said Motion to be well taken.

**IT IS THEREFORE ORDERED** that J. Gerard Stranch, IV and Joe P. Leniski of Nashville, Tennessee be admitted *pro hac vice* with regard to the representation of the Plaintiff, and that said J. Gerard Stranch, IV and Joe P. Leniski shall be bound by the Rules of this Court with regard to this litigation.

**ENTERED** this 20th day of July, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE