UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SHANE HABISREITINGER on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARNELL ICE CREAM COMPANY, INC.,<br><br>Defendant. | Civil Action No: 4:11-cv-563-JLH<br><br>**Jury Demand** |

## ORDER

This cause came on to be heard on the 20th day of July, 2011, upon Motion of the Plaintiff to admit Mary E. Olsen, M. Vance McCrary and David C. Tufts *pro hac vice* to participate in this case and there being no opposition, the Court finds said Motion to be well taken.

**IT IS THEREFORE ORDERED** that Mary E. Olsen, M. Vance McCrary and David C. Tufts of Mobile, Alabama be admitted *pro hac vice* with regard to the representation of the Plaintiff, and that said Mary E. Olsen, M. Vance McCrary and David C. Tufts shall be bound by the Rules of this Court with regard to this litigation.

**ENTERED** this 20th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE