# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SHANE HABISREITINGER on behalf of himself and all others similarly situated, | Civil Action No: 4:11-cv-563-JLH |
| Plaintiff, | **Jury Demand** |
| v. | |
| YARNELL ICE CREAM COMPANY, INC., | |
| Defendant. | |

## ORDER

This cause came on to be heard on the 20th day of July, 2011, upon Motion of the Plaintiff to admit Stuart J. Miller *pro hac vice* to participate in this case and there being no opposition, the Court finds said Motion to be well taken.

**IT IS THEREFORE ORDERED** that Stuart J. Miller of New York, New York be admitted *pro hac vice* with regard to the representation of the Plaintiff, and that said Stuart J. Miller shall be bound by the Rules of this Court with regard to this litigation.

**ENTERED** this 20th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE