# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHANE HABISREITINGER, on behalf of                                                   PLAINTIFF
himself and all others similarly situated

v.                                           NO. 4:11CV00563 JLH

YARNELL ICE CREAM COMPANY, INC.                                                      DEFENDANT

## ORDER

Yarnell Ice Cream Company, Inc., has filed an unopposed motion for an extension of time to respond to plaintiff's complaint. For good cause shown, the motion is GRANTED. Document #12. The time within which Yarnell Ice Cream Company must answer or otherwise respond to the complaint is extended up to and including September 5, 2011.

IT IS SO ORDERED this 10th day of August, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE